# UNITED STATES DISTRICT COURT

for the
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **A.L., on behalf of herself and all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **Mannkind Corporation, UpScript Investments, LLC, and United Therapeutics Corporation** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:25-cv-04903-JJT |

## AFFIDAVIT OF SERVICE

I, Jerry Smith, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Mannkind Corporation in Capitol Planning Region, CT on December 31, 2025 at 11:35 am at 50 Weston St, Hartford, CT 06120-1504 by leaving the following documents with Jeffrey Connors who as  is authorized by appointment or by law to receive service of process for Mannkind Corporation.

Civil Cover Sheet
SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT

Additional Description:
Jeffrey Connors accepted the paper through the door this is a secure building I I had to wait for somebody to show up
Race: White, Sex: Male, Est. Age: 35-44, Hair: Brown, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=41.7844001,-72.663296
Photograph: See Exhibit 1

Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in     Capitol Planning Region    ,     CT     on    12/31/2025    .

/s/ *Jerry Smith*

Signature
Jerry Smith
+1 (475) 777-0295



Exhibit 1a)



Exhibit 1b)