# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| **A.L., on behalf of herself and all others similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **Mannkind Corporation; UpScript Investments, LLC, and; United Therapeutics Corporation,** <br><br> *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:25-cv-04903-JJT |

## AFFIDAVIT OF SERVICE

I, Kimberly Mcmullin, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to United Therapeutics Corporation in New Castle County, DE on December 31, 2025 at 10:10 am at 1209 N Orange St, Wilmington, DE 19801-1120 by leaving the following documents with Robin Hutt-Banks who as Intake Specialist at The Corporation Trust Company is authorized by appointment or by law to receive service of process for United Therapeutics Corporation.

SUMMONS IN A CIVIL ACTION
Civil Cover Sheet
CLASS ACTION COMPLAINT
Race: Black or African American, Sex: Female, Est. Age: 55-64, Hair: Black, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.7482866667,-75.54767
Photograph: See Exhibit 1

Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__New Castle County_____,

___DE_____ on ___12/31/2025_____.

/s/ *Kimberly Mcmullin*
_____

Signature
Kimberly Mcmullin
+1 (484) 319-1715




Exhibit 1b)

**10:06** 🔕                    .ıll 5G🅴 **100**

‹              **Your parking receipt**              AA

# Parking Session Details

**Payment Date**          12/31/2025 09:52 AM Eastern
                          Standard Time

**Auth ID**                              184832316

**Description**                        ParkingAction

**Payment
Method**                                  ApplePay

---

# Amount Paid              $0.45

---

Description   Parking LGA6415 in 87305 Wilmington,
              DE at 12/31/2025 09:52 AM

Space
Number

Parking