# UNITED STATES DISTRICT COURT
для the
District of Arizona

| | |
|---|---|
| **A.L., on behalf of herself and all others similarly situated** | )<br>)<br>) |
| *Plaintiff* | )<br>) |
| v. | ) Civil Action No. 2:25-cv-04903-JJT<br>) |
| **Mannkind Corporation; UpScript Investments, LLC, and; United Therapeutics Corporation** | )<br>)<br>)<br>) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Ravon Swindell, state:

I am an Arizona private process server in good standing, MC9079. I am 21 years or older and not a party to this action.

I served the following documents to UpScript Investments, LLC in Maricopa County, AZ on December 31, 2025 at 11:24 am at 300 W Clarendon Ave, Ste 240, Phoenix, AZ 85013-3479 by leaving the following documents with Crystal Cardenas who as Intake Specialist at Registered Agent Solutions, Inc is authorized by appointment or by law to receive service of process for UpScript Investments, LLC.

SUMMONS IN A CIVIL ACTION
Civil Cover Sheet
CLASS ACTION COMPLAINT

Race: Hispanic or Latino, Sex: Female, Est. Age: 25-34, Hair: Black, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=33.4919506725,-112.078735934
Photograph: See Exhibit 1

Total Cost: $140.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | */s/ Ravon Swindell* |
|    Maricopa County   , | Signature |
|    AZ   on   12/31/2025   . | Ravon Swindell |
| | +1 (602) 657-2141 |



Exhibit 1a)