Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
(480) 999-4556
swoods@millsandwoods.com
docket@millsandwoods.com

Sonjay C. Singh (*Pro Hac Vice Anticipated*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
ssingh@sirillp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mannkind Corporation, UpSCcript Investments, LLC, and United Therapeutics Corporation,<br><br>Defendants. | Case No.: CV-25-04903-PHX-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT UNITED THERAPEUTICS CORPORATION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff A.L., by

and through undersigned counsel or record, hereby voluntarily dismisses her claims

1

1 | against Defendant United Therapeutics Corporation, without prejudice.

Date: January 20, 2026               Respectfully submitted,

*/s/ Sean A. Woods*
Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

Tyler J. Bean*
Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151

*Attorneys for Plaintiff*

**pro hac vice anticipated*