Thomas A. Gilson, SBN 022460
**ROSE LAW GROUP PC**
7144 E. Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Phone: 480.505.3936
Fax: 480.505.3925
docket@roselawgroup.com
TGilson@roselawgroup.com
*Attorneys for Defendant UpScript Investments, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**Mannkind Corporation**, **UpScript Investments, LLC**, And **United Therapeutics Corporation**,<br><br>Defendants. | Case No.: 2:25-cv-04903-JJT<br><br>**STIPULATION TO EXTEND THE TIME FOR UPSCRIPT INVESTMENTS, LLC TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT (FIRST REQUEST)** |

Defendant UpScript Investments, LLC ("Defendant") and Plaintiff A.L. ("Plaintiff"), by and through their respective undersigned counsel of record, hereby submit this Stipulation to Extend the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint (First Request) filed in this action:

1. Plaintiff filed her Complaint on December 24, 2025, (ECF No. 1).

2. Defendant was served with the Complaint on December 31, 2025 (ECF No. 9).

3. Pursuant to FRCP 12(a)(1)(A)(i), Defendant's deadline to answer, move or otherwise respond to the Complaint is January 21, 2026.

4. Defendant is in the process of investigating and assessing the allegations and claims asserted in the Complaint but requires additional time to do so.

(Page 1, Case No.:)

5. Accordingly, the Parties hereby stipulate and agree to an extension of time to and including **February 27, 2026**, for Defendant to answer, move or otherwise respond to the Complaint.

6. This is first request for an extension of time for Defendant to answer, move or otherwise respond to the Complaint.

7. This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

IT IS SO STIPULATED.

DATED this 20th day of January 2026.

SIRI & GLIMSTAD LLP                          ROSE LAW GROUP PC

*/s/ Sean A. Woods (w/permission)*           */s/ Thomas A. Gilson*

Robert T. Mills                              ROSE LAW GROUP PC
Sean Anthony Woods                           Thomas A. Gilson
Mills & Woods Law PLLC                       7144 E. Stetson Drive, Suite 300
5055 North 12th Street, Suite 101            Scottsdale, AZ 85251
Phoenix, Arizona 85014                       Telephone 480-505-3934
rmills@millsandwoods.com                     tgilson@roselawgroup.com
swoods@millsandwoods.com                     *Attorneys for UpScript Investments, LLC*
*Attorneys for Plaintiff*

SIRI & GLIMSTAD LLP
Tyler J. Bean
Sonjay C. Singh
745 Fifth Avenue, Suite 500
New York, NY 10151
tbean@sirillp.com
ssingh@sirllp.com
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM / ECF System for filing and served on counsel via the Court's CM / ECF System.

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

Sonjay C. Singh
Tyler James Bean
Siri & Glimstad LLP – NY
745 Fifth Avenue, Suite 500
New York, NY 10151
tbean@sirillp.com
*Attorneys for Plaintiff*

By: */s/ Rose Reynolds*

(Page 3, Case No.: )