**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>**Mannkind Corporation**, **UpScript Investments, LLC**, And **United Therapeutics Corporation**,<br><br>      Defendants. | Case No.: 2:25-cv-04903-JJT<br><br>**ORDER EXTENDING THE TIME FOR UPSCRIPT INVESTMENTS, LLC TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT** |

    After considering Plaintiff A.L. and Defendant UpScript Investments, LLC's Stipulation Extending the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint and for good cause, appearing,

    IT IS HEREBY ORDERED that Defendant UpScript Investments, LLC may answer, move, or otherwise respond to the Complaint by February 27, 2026.

(Page 1, Case No.:)