# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.L., | No. CV-25-04903-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Mannkind Corporation, *et al.*, | |
| Defendants. | |

At issue is the Stipulation to Extend the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint (First Request) (Doc. 11) filed by Plaintiff and Defendant UpScript Investments, LLC. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation to Extend the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint (First Request) (Doc. 11). Defendant UpScript Investments, LLC has until **February 27, 2026**, to file its answer or otherwise respond to Plaintiff's Complaint (Doc. 1).

Dated this 21st day of January, 2026.

Honorable John J. Tuchi
United States District Judge