Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
(480) 999-4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| A.L., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mannkind Corporation; UpScript Investments, LLC; and United Therapeutics Corporation,<br><br>Defendants. | Case No. 2:25-cv-04903-JJT<br><br>**STIPULATION FOR EXTENSION OF TIME FOR MANNKIND CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR Civ 7.3(a), Defendant MannKind Corporation and Plaintiff A.L., by and through undersigned counsel, hereby stipulate and request an Order from the Court extending the deadline for MannKind to answer or otherwise respond to Plaintiff's Complaint to March 23, 2026. As good cause, MannKind's counsel states that it was recently retained to represent MannKind in this matter, and the purpose of this extension is to investigate Plaintiff's allegations so that it may provide a proper response to the Complaint, if necessary. This is the first request for an extension and is not sought for purposes of delay. MannKind makes this stipulation without waiver of, and MannKind expressly reserves, any and all defenses, objections, or rights MannKind may have.  For the foregoing reasons, Defendant MannKind Corporation respectfully request that the Court grant this stipulation and enter the proposed form of Order submitted herewith.

1  DATED this 21st day of January 2026.

**MILLS + WOODS LAW, PLLC**

*/s/ Sean A. Woods*
Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

**SIRI & GLIMSTAD LLP**

Tyler J. Bean
Sonjay C. Singh
745 Fifth Avenue, Suite 500
New York, New York 10151

*Attorneys for Plaintiffs*

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

*/s/Kevin Kim (w/ permission)*
Kevin Kim (Arizona Bar #033265)
3580 Carmel Mountain Road, Ste 300
San Diego, CA 92130
Telephone:     858.314.1500
Email: kkim@mintz.com

Christopher A. Lisy (*pro hac vice* application forthcoming)
Mitchell J. Clough (*pro hac vice* application forthcoming)
One Financial Center
Boston, MA 02111
Telephone:     617.542.6000
Email: calisy@mintz.com
           mjclough@mintz.com

*Attorneys for Defendant MannKind Corporation*