**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.L., on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Mannkind Corporation; UpScript Investments, LLC; and United Therapeutics Corporation,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-04903-JJT<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT MANNKIND CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

The Court, having reviewed the Stipulation for Extension of Time for Defendant MannKind Corporation to Respond to Plaintiff's Complaint (the "Stipulation"), and good cause appearing,

**HEREBY GRANTS** the Stipulation. Defendant MannKind Corporation shall respond to the Complaint on or before March 23, 2026.