**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Lauren A. Crawford** (State Bar No. 027792)
Direct Dial: 480.800.3538
Email: lcrawford@PSWMlaw.com

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111

**Christopher A. Lisy** (*pro hac vice* application forthcoming)
**Mitchell J. Clough** (*pro hac vice* application forthcoming)
Telephone: 617.542.6000
Email:   calisy@mintz.com
    mjclough@mintz.com

*Attorneys for Defendant MannKind Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| A.L., on behalf of herself and all others similarly situated, | Case No. 2:25-cv-04903-JJT |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Mannkind Corporation; UpScript Investments, LLC, and; United Therapeutics Corporation, | |
| Defendants. | |

Lauren A. Crawford of the law firm of Papetti Samuels Weiss McKirgan LLP and Mitchell Clough and Christopher Lisy[1] of the law firm of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. give notice of their appearance in this action as counsel of record for Defendant MannKind Corporation.

---

[1] Applications for pro hac vice admission of Mitchell Clough and Christopher Lisy are forthcoming.

RESPECTFULLY SUBMITTED this 22nd day of January, 2026.

**PAPETTI SAMUELS WEISS MCKIRGAN LLP**

*/s/ Lauren A. Crawford*
Lauren A. Crawford

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
Christopher Lisy (*pro hac vice admission anticipated*)
Mitchell Clough (*pro hac vice admission anticipated*)

*Attorneys for MannKind Corporation*

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

SIRI & GLIMSTAD LLP
Tyler J. Bean
Sonjay C. Singh
745 Fifth Avenue, Suite 500 New York, NY 10151
tbean@sirillp.com
ssingh@sirllp.com

MILLS + WOODS LAW, PLLC
Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com

*Attorneys for Plaintiff*

ROSE LAW GROUP PC
Thomas A. Gilson
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
Telephone 480-505-3934
tgilson@roselawgroup.com

*Attorneys for UpScript Investments, LLC*

/s/ Stephanie Espinoza

3