# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.L., | No. CV-25-04903-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Mannkind Corporation, *et al.*, | |
| Defendants. | |

At issue is the Stipulation for Extension of Time for Mannkind Corporation to Respond to Complaint (First Request) (Doc. 13) filed by Plaintiff and Defendant Mannkind Corporation. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation for Extension of Time for Mannkind Corporation to Respond to Complaint (First Request) (Doc. 13). Defendant Mannkind Corporation has until **March 23, 2026**, to file its answer or otherwise respond to Plaintiff's Complaint (Doc. 1).

Dated this 22nd day of January, 2026.

Honorable John J. Tuchi
United States District Judge