**PAPETTI SAMUELS WEISS MCKIRGAN LLP**
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254

**Lauren A. Crawford** (State Bar No. 027792)
Direct Dial: 480.800.3538
Email: lcrawford@PSWMlaw.com

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111

**Christopher A. Lisy** (*pro hac vice* application forthcoming)
**Mitchell J. Clough** (*pro hac vice* application forthcoming)
Telephone: 617.542.6000
Email:   calisy@mintz.com
         mjclough@mintz.com

*Attorneys for Defendant MannKind Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| A.L., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mannkind Corporation; UpScript Investments, LLC, and; United Therapeutics Corporation,<br><br>Defendants. | Case No. 2:25-cv-04903-JJT<br><br>**MANNKIND CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant MannKind Corporation in compliance with the provisions of:

  X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement.

The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

_X_  No such corporation.

____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

____ Other (please explain)

____ Diversity case. (*Attach additional pages if needed.*)

RESPECTFULLY SUBMITTED this 22nd day of January, 2026.

**PAPETTI SAMUELS WEISS MCKIRGAN LLP**

*/s/ Lauren A. Crawford*
Lauren A. Crawford

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**
Christopher Lisy (*pro hac vice admission anticipated*)
Mitchell Clough (*pro hac vice admission anticipated*)

*Attorneys for MannKind Corporation*

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

SIRI & GLIMSTAD LLP
Tyler J. Bean
Sonjay C. Singh
745 Fifth Avenue, Suite 500 New York, NY 10151
tbean@sirillp.com
ssingh@sirllp.com

MILLS + WOODS LAW, PLLC
Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com

*Attorneys for Plaintiff*

ROSE LAW GROUP PC
Thomas A. Gilson
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
Telephone 480-505-3934
tgilson@roselawgroup.com

*Attorneys for UpScript Investments, LLC*

/s/ Stephanie Espinoza

4