UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MANNKIND CORPORATION** and **UPSCRIPT INVESTMENTS, LLC**,<br><br>Defendants. | Case No.: 2:25-cv-04903-JJT<br><br>**[PROPOSED ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY** |

Having considered the matter, and deeming it proper to do so, the Motion to Proceed Pseudonymously shall be and hereby is GRANTED. Plaintiff A.L. may proceed herein under the pseudonym set forth in her Complaint.

DATED this ____ day of _____, 2026,

_____
Hon. John J. Tuchi
United States District Judge

1