Thomas A. Gilson, SBN 022460
**ROSE LAW GROUP P.C**.
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
Telephone 480-505-3934
docket@roselawgroup.com
tgilson@roselawgroup.com
*Attorneys for Defendant UpScript Investments, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MANNKIND CORPORATION, UPSCRIPT INVESTMENTS, LLC**, and **UNITED THERAPEUTICS CORPORATION**,<br><br>Defendants. | Case No.: 2:25-cv-04903-JJT<br><br>**STIPULATION EXTENDING THE TIME FOR UPSCRIPT INVESTMENTS, LLC TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT (SECOND REQUEST)** |

Defendant UpScript Investments, LLC ("Defendant") and Plaintiff A.L. ("Plaintiff"), by and through their respective undersigned counsel of record, hereby submit this Stipulation Extending the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint (Second Request) filed in this action:

1. Plaintiff filed her class-action Complaint on December 24, 2025. (ECF No. 1).

2. Defendant was served with the Complaint on December 31, 2025. (ECF No. 9).

3. Pursuant to FRCP 12(a)(1)(A)(i), Defendant's deadline to answer, move or otherwise respond to the Complaint was January 21, 2026.

1

4. Plaintiff and Defendant stipulated and agreed to a first extension of time to and including Friday, February 27, 2026, for Defendant to answer, move or otherwise respond to the Complaint. (ECF No. 11).

5. Plaintiff and Defendant are in the process of exchanging informal discovery in order to streamline the litigation and resolve preliminary factual issues without the need for Court adjudication.

6. Accordingly, Plaintiff and Defendant hereby stipulate and agree to an extension of time to and including **March 13, 2026**, for Defendant to answer, move or otherwise respond to the Complaint.

7. This is the second request for an extension of time for Defendant to answer, move or otherwise respond to the Complaint.

8. This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

1  IT IS SO STIPULATED.

2  DATED this 26th day of February 2026.

| SIRI & GLIMSTAD LLP | ROSE LAW GROUP P.C. |
|---|---|
| */s/ Sonjay C. Singh* | */s/ Thomas A. Gilson* |
| SIRI & GLIMSTAD LLP<br>Sonjay C. Singh<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Tel: 212-532-1091<br>Email: tbean@sirillp.com<br>Email: ssingh@sirllp.com<br>*Attorneys for Plaintiff* | ROSE LAW GROUP P.C.<br>Thomas A. Gilson<br>7144 E. Stetson Drive,<br>Scottsdale, AZ 85251<br>Telephone 480-505-3934<br>tgilson@roselawgroup.com<br>*Attorneys for UpScript Investments, LLC* |

# **CERTIFICATE OF SERVICE**

     I hereby certify that on February 26, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM / ECF System for filing and served on counsel via the Court's CM / ECF System.

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*


Sonjay C. Singh
Siri & Glimstad LLP – NY
745 Fifth Avenue, Suite 500
New York, New York 10151
ssingh@sirillp.com
*Attorneys for Plaintiffs*


*By: /s/ Rose Reynolds*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MANNKIND CORPORATION, UPSCRIPT INVESTMENTS, LLC**, and **UNITED THERAPEUTICS CORPORATION**,<br><br>Defendants. | Case No.: 2:25-cv-04903-JJT<br><br>**ORDER EXTENDING THE TIME FOR UPSCRIPT INVESTMENTS, LLC TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT** |

After considering Plaintiff A.L. and Defendant UpScript Investments, LLC's Stipulation Extending the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint and for good cause appearing,

IT IS HEREBY ORDERED that Defendant UpScript Investments, LLC may answer, move or otherwise respond to the Complaint by March 13, 2026.