IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.L.,<br><br>        Plaintiff,<br><br>v.<br><br>Mannkind Corporation, *et al.*,<br><br>        Defendants. | No. CV-25-04903-PHX-JJT<br><br>**ORDER** |

At issue is the Stipulation Extending the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint (Second Request) (Doc. 18) filed by Plaintiff and Defendant UpScript Investments, LLC. Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation Extending the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint (Second Request) (Doc. 18). Defendant UpScript Investments, LLC has until **March 13, 2026**, to file its answer or otherwise respond to Plaintiff's Complaint (Doc. 1).

Dated this 27th day of February, 2026.

Honorable John J. Tuchi
United States District Judge