# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

A.L.,

    Plaintiff,

v.

Mannkind Corporation, *et al.*,

    Defendants.

No. CV-25-04903-PHX-JJT

**ORDER**

    At issue is Plaintiff's Motion to Proceed Pseudonymously (Doc. 17), to which Defendants did not file any response in opposition.

    Generally, "[p]laintiffs' use of fictitious names runs afoul of the public's common law right of access to judicial proceedings and [Federal Rule of Civil Procedure] 10(a)'s command that the title of every complaint 'include the names of all the parties.'" *Does I thru XXII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000) (internal citations omitted). Therefore, a plaintiff may use a pseudonym only in the "unusual case" in which "nondisclosure of the party's identity is necessary to protect a person from harassment, injury, ridicule or personal embarrassment." *Id.* at 1067–68 (internal quotation and citations omitted).

    Here, Plaintiff claims that disclosure of her name associated with the sensitive medical and insurance information described in the complaint would cause her embarrassment and emotional injury. Plaintiff has adequately demonstrated that her interest in keeping her name private at this stage of the lawsuit outweighs the public's

interest in the identity of litigants and that Defendants have not demonstrated any prejudice if Plaintiff's identity is not disclosed to the public at this stage of the litigation; indeed, Defendants did not oppose Plaintiff's Motion.

**IT IS THEREFORE ORDERED** granting Plaintiff's Motion to Proceed Pseudonymously (Doc. 17). The parties shall not refer to, disclose, or identify Plaintiff by her name in any public filing in this case, and shall instead refer to her as "A.L."

Dated this 11th day of March, 2026.

Honorable John J. Tuchi
United States District Judge