Thomas A. Gilson, SBN 022460
**ROSE LAW GROUP P.C.**
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
Telephone 480-505-3934
docket@roselawgroup.com
tgilson@roselawgroup.com
*Attorneys for Defendant UpScript Investments, LLC*

Joshua H. Raymond (*pro hac vice*)
Nicholas J. Loiodice (*pro hac vice*)
Jeffrey A. Sherry (*pro hac vice*)
**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
(973) 622-1800
jraymond@msbnj.com
nloiodice@msbnj.com
jsherrry@msbnj.com
*Attorneys for UpScript Investments, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MannKind Corporation**, and **UpScript Investments, LLC**,<br><br>Defendants. | Case No.: 2:25-cv-04903-JJT<br><br>**STIPULATION EXTENDING THE TIME FOR DEFENDANTS TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT (SECOND AND THIRD REQUEST)** |

Defendants, UpScript Investments, LLC ("**UpScript**") and MannKind Corporation ("**MannKind**" and collectively referred to with UpScript as the "**Defendants**") and Plaintiff A.L. ("**Plaintiff**"), by and through their respective undersigned counsel of record, hereby submit this Stipulation Extending the Time for UpScript Investments, LLC to Answer, Respond or Otherwise Plead to Complaint (Second and Third Request) filed in this action[1]:

1. Plaintiff filed her class-action Complaint on December 24, 2025. (ECF No. 1).

2. UpScript was served with the Complaint on December 31, 2025. (ECF

---

[1] This is MannKind's second request – and UpScript's third – for an extension of time to answer or otherwise respond to the Complaint.

No. 9).

3. Plaintiff and UpScript stipulated and agreed to a first extension of time to and including Friday, February 27, 2026, for UpScript to answer, move or otherwise respond to the Complaint. (ECF No. 11).

4. Plaintiff and MannKind stipulated and agreed to a first extension of time to and including March 23, 2026, for MannKind to answer, move or otherwise respond to the Complaint. (ECF No. 13).

5. Plaintiff and Defendants are in the process of exchanging informal discovery in order to streamline the litigation and resolve preliminary factual issues without the need for Court adjudication.

6. Plaintiff and Defendants agree there is good cause for this request, as the parties require additional time to address such preliminary factual issues.

7. Plaintiff and Defendants also believe it will be in the best interest of the parties and efficiency of the litigation to have a single response deadline for MannKind and UpScript.

8. Accordingly, Plaintiff and Defendants hereby stipulate and agree to an extension of time to and including **April 22, 2026**, for MannKind and UpScript to answer, move or otherwise respond to the Complaint.

9. This is the second request for an extension of time for MannKind to answer, move or otherwise respond to the Complaint and the third request for an extension of time for UpScript to answer, move or otherwise respond to the Complaint.

10. This Stipulation is made in good faith, not for purposes of undue delay, and supported by good cause.

11. Defendants make this stipulation without waiver of, and Defendants expressly reserve, any and all defenses, objections, or rights Defendants may have.

1  IT IS SO STIPULATED.

2  DATED this 13th day of March 2026.

SIRI & GLIMSTAD LLP

/s/ Sonjay C. Singh

SIRI & GLIMSTAD LLP
Sonjay C. Singh
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
Email: tbean@sirillp.com
Email: ssingh@sirllp.com
*Attorneys for Plaintiff*

MCMANIMON SCOTLAND & BAUMANN, LLC

/s/ Nicholas J. Loiodice

MCMANIMON SCOTLAND & BAUMANN, LLC
Nicholas J. Loiodice
75 Livingston Avenue, Second Floor
Roseland, New Jersey 07068
Telephone 973-721-5019
nloiodice@msbnj.com
*Attorneys for UpScript Investments, LLC*

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

/s/ Christopher A. Lisy

Christopher A. Lisy (*pro hac vice*)
Mitchell J. Clough (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: 617.542.6000
Email: calisy@mintz.com
      mjclough@mintz.com

PAPETTI SAMUELS WEISS MCKIRGAN LLP
Lauren A. Crawford
16430 North Scottsdale Road
Suite 290
Scottsdale, AZ 85254
Telephone: 480.800.3538
Email: lcrawford@PSWMlaw.com

*Attorneys for Mannkind Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court through the CM / ECF System for filing and served on counsel via the Court's CM / ECF System.

Robert T. Mills
Sean Anthony Woods
Mills & Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

Sonjay C. Singh
Siri & Glimstad LLP – NY
745 Fifth Avenue, Suite 500
New York, New York 10151
ssingh@sirillp.com
*Attorneys for Plaintiffs*

Christopher A. Lisy (*pro hac vice*)
Mitchell J. Clough (*pro hac vice*)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
calisy@mintz.com
mjclough@mintz.com

Lauren A. Crawford
Papetti Samuels Weiss Mckirgan LLP
16430 North Scottsdale Road, Suite 290
Scottsdale, AZ 85254
lcrawford@PSWMlaw.com

*Attorneys for Mannkind Corporation*

By: /s/ *Manda Coad*