# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MANNKIND CORPORATION**, and **UPSCRIPT INVESTMENTS, LLC**,<br><br>Defendants. | Case No.: 2:25-cv-04903-JJT<br><br>**ORDER EXTENDING THE TIME FOR DEFENDANTS TO ANSWER, RESPOND OR OTHERWISE PLEAD TO COMPLAINT** |

After considering the parties' Stipulation Extending the Time for Defendants to Answer, Respond or Otherwise Plead to Complaint and for good cause appearing,

IT IS HEREBY ORDERED that Defendants UpScript Investments, LLC and Mannkind Corporation may answer, move or otherwise respond to the Complaint by April 22, 2026.