IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| A.L., <br><br> Plaintiff, <br><br> v. <br><br> Mannkind Corporation, *et al.*, <br><br> Defendants. | No. CV-25-04903-PHX-JJT <br><br> **ORDER** |

At issue is the parties' Stipulation Extending the Time for Defendants to Answer, Respond or Otherwise Plead to Complaint (Second and Third Request) (Doc. 21). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation Extending the Time for Defendants to Answer, Respond or Otherwise Plead to Complaint (Second and Third Request) (Doc. 21). Defendants Mannkind Corporation and UpScript Investments, LLC have until **April 22, 2026**, to file an answer or otherwise respond to Plaintiff's Complaint (Doc. 1).

Dated this 13th day of March, 2026.

Honorable John J. Tuchi
United States District Judge