Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

Sonjay C. Singh (*Pro Hac Vice*)
**SIRI & GLIMSTAD LLP**
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Tel: (212) 532-1091
ssingh@sirillp.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **A.L.**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MANNKIND CORPORATION** and **UPSCRIPT INVESTMENTS, LLC**,<br><br>Defendants. | Case No.: 2:25-cv-04903-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff A.L., by and through undersigned counsel of record, hereby voluntarily dismisses her claims against Defendants Mannkind Corporation and UpScript Investments, LLC without

1

prejudice. Plaintiff dismisses her claims before any Defendant has filed an answer or a motion for summary judgment.

Date: April 2, 2026

Respectfully submitted,

*/s/ Sonjay C. Singh*
Sonjay C. Singh (*Pro Hac Vice*)
**SIRI & GLIMSTAD LLP**
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Tel: (212) 532-1091
ssingh@sirillp.com

Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

*Attorneys for Plaintiff*

2